The **SPOKANE TRIBE OF INDIANS,**
Plaintiff–Appellee,

v.

**WASHINGTON STATE, The State of Washington; Booth Gardner, Governor of the State of Washington; Ken Eikenberry, Attorney General of the State of Washington; Franklin L. Miller, Deputy Director of the Washington State Gambling Commission, Defendants–Appellants.**

The **SPOKANE TRIBE OF INDIANS,**
Plaintiff–Appellant,

v.

**WASHINGTON STATE, The State of Washington; Booth Gardner, Governor of the State of Washington; Ken Eikenberry, Attorney General of the State of Washington; Franklin L. Miller, Deputy Director of the Washington State Gambling Commission, Defendants–Appellees.**

Nos. 92–35113, 92–35446.

United States Court of Appeals,
Ninth Circuit.

Aug. 6, 1996.

Before: GOODWIN, SCHROEDER, and PREGERSON, Circuit Judges.

## ORDER

The Supreme Court's decision in *Washington v. Spokane Tribe of Indians,* —— U.S. ——, 116 S.Ct. 1410, 134 L.Ed.2d 537 (1996), vacated and remanded this court's decision, reported at 28 F.3d 991 (9th Cir.1994), for reconsideration in light of *Seminole Tribe of Florida v. Florida,* 517 U.S. ——, 116 S.Ct. 1114, 134 L.Ed.2d 252 (1996). In light of that decision, the decision of the district court dismissing the action against the State of Washington is affirmed. The decision of the district court to permit the case to go forward against the individual defendants is vacated and the case remanded with instructions to dismiss the action against individual defendants. The mandate of this court shall issue immediately.